UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BAKER III, an individual,<br>　　　　Plaintiff,<br><br>　　vs.<br><br>GARDEN GROVE MEDICAL<br>INVESTORS, LTD., a Tennessee<br>Limited Partnership, et al,<br>　　　　Defendants. | Case No. 98-CV-209-JSL (ANx)<br><br>AMENDED JUDGMENT |

[PROPOSED] AMENDED JUDGMENT - 1

This action came on regularly for a bench trial on January 9, 2007, in the United States District Court for the Central District of California, Courtroom 4, the Honorable J. Spencer Letts, presiding. After this court entered judgments in favor of the Estate of James D. Baker III (the "Estate") on April 30, 2007 and July 3, 2007, defendants Garden Grove Medical Investors, LTD, Forrest L. Preston, Fred L. Lester, Jr. and Charles E. Jabaley ("Defendants") appealed. The Ninth Circuit Court of Appeal affirmed in part and reversed in part this Court's April 30, 2007 judgment. Specifically, the Ninth Circuit Court of Appeal rendered a decision on January 5, 2009 affirming this Court's judgment as to the amount of unpaid rent but reversing in part the District Court's judgment as to prejudgment interest. The Court of Appeal found that prejudgment interest should have been calculated as simple interest, not compounded as the District Court had found.

Accordingly, pursuant to the Appellate Court's decision, this Court modifies its judgment as follows:

IT IS ADJUDGED THAT:

1. Defendant Garden Grove Medical Investors, LTD ("GGMI") breached the lease entered into on or about January 31, 1986 between James Baker, as landlord, and Newport Health Corporation, as the original tenant, for the lease of the Garden Grove Rehabilitation Hospital in Garden Grove, California (the "Lease") by failing to timely pay rental amounts due under the Lease.

2. GGMI shall pay the Estate a total of $3,043,963.11 which includes amounts owed for unpaid rent, prejudgment interest, costs and attorneys fees, and post-judgment interest for the period beginning April 30, 2007 through February 28, 2009. Additional post-judgment interest shall be charged at a daily rate of $392.63 after February 28, 2009 until April 30, 2009 and at the daily rate of

1  $411.87 for May 1, 2009 through April 30, 2010 and continue to be compounded
2  annually until the judgment is satisfied.
3        3.    Defendants Forrest L. Preston, Fred L. Lester, Jr., and Charles E.
4  Jabaley, who personally guaranteed GGMI's payments under the Lease, are jointly
5  and severally liable, with GGMI, for the amounts due under this Amended
6  Judgment;

9  Dated: March 9, 2009

_____
Hon. J. Spencer Letts
United States District Court Judge

Presented By:

_____
Jeffrey B. Valle
Valle & Associates
Counsel for the Estate of
James D. Baker III

[PROPOSED] AMENDED JUDGMENT - 3